UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED MAY 8 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

SHELL OIL COMPANY, :
Plaintiff :
v. : C.A. No. 04-500 ML
C.P. WATSON, INC., :
Defendant :

**DEFENDANT'S MOTION TO AMEND ITS ANSWER**

Now comes the Defendant, by and through counsel and pursuant to the Federal Rules of Civil Procedure, and hereby moves to amend its answer to Plaintiff's complaint in order to add additional affirmative defenses and a compulsory counterclaim.

In support of this Motion, counsel states that:

(1) Defendant has not previously moved to amend nor has it amended its answer in this case;

(2) Pursuant to the Court's pretrial order, the litigation remains in the discovery phase with discovery now scheduled to close on September 30, 2005; and

(3) There will be no known prejudice to the Plaintiff if this Motion is granted.

**WHEREFORE,** Defendant respectfully requests that this Motion be granted.

DEFENDANT
By its Attorney,

[signature]

Joseph M. Codega #3612
571 Pontiac Avenue
Cranston, RI 02910
Telephone: (401) 941-7778
Facsimile: (401) 941-3055
Dated: May 16, 2005

**No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.**

[signature: Barbara Barletta]
**Deputy Clerk**
**Date:** 6/6/05

COPY

**CERTIFICATION**

I certify that a true copy of the within was mailed by regular first class mail, on the 16th day of May 2005, to:

Mark A. Pogue, Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903

S. G —