**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
AUG 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHELL OIL COMPANY,<br>Plaintiff<br>v.<br>C.P. WATSON, INC.,<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-500 ML |

**ASSENTED TO MOTION TO ENLARGE**

**NOW COMES THE DEFENDANT,** by and through its counsel and with the assent of Plaintiff's counsel, and hereby moves to enlarge the deadlines contained in this Court's Pretrial Order entered on March 22, 2005, and in support thereof, states as follows:

1. That the Pretrial Order now in effect establishes the following deadlines:

    a. Plaintiff expert witness disclosures: June 30, 2005;

    b. Defendant expert witness disclosures: July 29, 2005;

    c. Discovery closes: September 30, 2005;

    d. Dispositive motions filed by: October 31, 2005; and

    e. Pretrial memorandum filed thirty (30) days after a decision on any dispositive motion or, if none are filed, by: November 30, 2005.

2. That no prior requests have been made by either party to enlarge the time frames established by this Court's original Pretrial Order. While discovery has been ongoing, the parties have recently been involved in a settlement discourse and are hopeful the extension of time provided by this Motion will permit the parties to pursue a settlement of this controversy, if a settlement is attainable, without unnecessarily expending additional resources during the discovery phase.

Granted. Mary M. Lisi USDJ 8/4/05

3. That the parties request that the time frames contained in the Pretrial Order be enlarged by ninety (90) days as follows:

a. Plaintiff expert witness disclosures: September 30, 2005;

b. Defendant expert witness disclosures: October 30, 2005;

c. Discovery closes: December 31, 2005;

d. Dispositive motions filed by: January 30, 2006; and

e. Pretrial memorandum filed thirty (30) days after a decision on any dispositive motion or, if none are filed, by: February 28, 2006.

**WHEREFORE,** Defendant respectfully requests that this Motion be granted and the time frames contained in the Court's Pretrial Order be enlarged as indicated herein.

DEFENDANT
C.P. WATSON, INC.,
By its Attorney

Joseph M. Codega #3612
571 Pontiac Avenue
Cranston, RI 02910
Telephone: (401) 941-7778
Facsimile: (401) 941-3055
Dated: August 1, 2005

**CERTIFICATION**

I certify that a true copy of the within was mailed by regular first class mail, postage prepaid, on the 1st day of August 2005, to:

Mark A. Pogue, Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903