UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHELL OIL COMPANY,<br>Plaintiff, | : | |
| vs. | : | No. 04-500-S |
| C. P. WATSON, INC.,<br>Defendant. | : | |

## REPLY TO COUNTERCLAIM

Plaintiff Shell Oil Company hereby responds to defendant's counterclaim as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

WHEREFORE, Shell requests that the counterclaim be dismissed and that Shell be awarded its costs and fees.

SHELL OIL COMPANY,

By its Attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 Telecopy

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2005 a copy of the foregoing Reply To Counterclaim was served by first class mail, postage prepaid to:

Joseph M. Codega, Esq.
571 Pontiac Avenue
Cranston, RI 02910



PRV_756916_1/MPOGUE