**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SHELL OIL COMPANY, | : | |
| | : | |
| Plaintiff | : | |
| v. | : | C.A. No. 04-500 ML |
| | : | |
| C.P. WATSON, INC., | : | |
| | : | |
| Defendant | : | |

**SECOND AMENDED NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that, in accordance with the provisions of the Federal Rules of Civil Procedure, the Defendant shall take the deposition upon oral examination of:

**Robert Gardella**
5 Park Ridge Avenue
Rye, NH 03870-2021

The deposition shall be conducted before a person authorized to administer oaths in the State of Rhode Island beginning on **Friday, December 9, 2005, at 10:00 A.M.,** at the offices of Defendant's attorney, **Joseph M. Codega, 571 Pontiac Avenue, Cranston, Rhode Island 02910**, and continuing thereafter until concluded.

DEFENDANT
C.P. WATSON, INC.,
By its Attorney

Joseph M. Codega #3612
571 Pontiac Avenue
Cranston, RI 02910
Telephone: (401) 941-7778
Facsimile: (401) 941-3055
Dated: November 8, 2005

**CERTIFICATION**

I certify that a true copy of the within was mailed by regular first class mail, postage prepaid, on the 8th day of November, 2005, to:

Mark A. Pogue, Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920