**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SHELL OIL COMPANY,<br>Plaintiff | : | |
| v. | : | C.A. No. 04-500 ML |
| C.P. WATSON, INC.,<br>Defendant | : | |

**SECOND AMENDED NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that, in accordance with the provisions of the Federal Rules of Civil Procedure, the Defendant shall take the deposition upon oral examination of that individual or those individuals as designated by the Plaintiff pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure as most knowledgeable concerning the damages alleged to have been suffered by the Plaintiff as the result of alleged ground contamination at 880 Park Avenue in Cranston, Rhode Island and that individual or those individuals most knowledgeable about the factual material alleged in Plaintiff's Complaint filed in this case and in particular, the alleged agreement by Defendant to reimburse or indemnify the Plaintiff for its alleged damages. The deposition shall be conducted before a person authorized to administer oaths in the State of Rhode Island beginning on **Friday, December 9, 2005, at 1:00 p.m.,** at the offices of Defendant's attorney, **Joseph M. Codega, 571 Pontiac Avenue, Cranston, Rhode Island 02910**, and continuing thereafter until concluded.

DEFENDANT
C.P. WATSON, INC.,
By its Attorney

Joseph M. Co[illegible]ega #3612
571 Pontiac Avenue
Cranston, RI 02910
Telephone: (401) 941-7778
Facsimile: (401) 941-3055
Dated: November 8, 2005

## CERTIFICATION

I certify that a true copy of the within was mailed by regular first class mail, postage prepaid, on the 8th day of November, 2005, to:

Mark A. Pogue, Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920