**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SHELL OIL COMPANY,<br>Plaintiff | : | |
| v. | : | C.A. No. 04-500 ML |
| C.P. WATSON, INC.,<br>Defendant | : | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Now comes the Defendant, C.P. Watson, Inc., by and through counsel, and hereby moves to dismiss Plaintiff's Complaint on account of Plaintiff's failure to comply with this Court's Order dated June 8, 2005, granting Defendant's Motion to Compel Plaintiff's More Responsive Answers to Defendant's First Request for Production of Documents. Defendant requests a ten (10) day order of compliance.

Defendant's counsel certifies that he has unsuccessfully attempted to secure Plaintiff's compliance with Defendant's discovery request without the necessity of Court action in accordance with Rule 37(a)(2) of the Federal Court Rules of Civil Procedure..

DEFENDANT
By its Attorney,

Joseph M. Codega #3612
571 Pontiac Avenue
Cranston, RI 02910
Telephone: (401) 941-7778
Facsimile: (401) 941-3055
Dated: November 8, 2005