UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCANNED

| | | |
|---|---|---|
| SHELL OIL COMPANY, Plaintiff, | : | |
| vs. | : | No. 04-500-S ML |
| C. P. WATSON, INC., Defendant. | : | |

## OBJECTION

Plaintiff Shell Oil Company hereby objects to defendant's Motion To Dismiss the Complaint.

SHELL OIL COMPANY,

By its Attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 Telecopy

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2005 a copy of the foregoing Objection was served by first class mail, postage prepaid to:

Joseph M. Codega, Esq.
571 Pontiac Avenue
Cranston, RI 02910