RECEIVED
FEB 08 2006
SCANNED
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHELL OIL COMPANY,
Plaintiff

v. C.A. No. 04-500 ML

C.P. WATSON, INC.,
Defendant

**DISMISSAL STIPULATION**

By agreement of the parties hereto, this matter is dismissed with prejudice, no interest and no costs to either party.

PLAINTIFF
By its Attorneys,

Mark A. Pogue #3441
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611
Dated: ~~November , 2005~~ 2/7/06

DEFENDANT
By its Attorney,

Joseph M. Codega #3612
571 Pontiac Avenue
Cranston, RI 02910
Telephone: (401) 941-7778
Facsimile: (401) 941-3055
Dated: ~~November , 2005~~ 2/7/06

Enter: Mary M. Lisi
USDJ 2/8/06